IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| ERIC FLORES, #2051801 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:16cv387 |
| R. MOORE, ET AL. | § | |

## ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore directly assigned to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (Dkt. #5)is **ADOPTED**. It is further

**ORDERED** that the complaint is **DISMISSED** without prejudice as barred by the sanctions imposed in *Flores v. United States Attorney General*, Civil Action No. 9:15cv60 (E.D. Tex. July 30, 2015). It is finally

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED this 6th day of June, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE